JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
KELLY MICHAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-0283-KJM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER RE:** |
| v. ) | **SENTENCING DATE** |
| ) | |
| KELLY MICHAEL, ) | |
| ) | Date: May 9, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Hon. Kendall J. Newman |

Defendant Kelly Michael, through counsel, and the United States, through counsel, hereby stipulate and request that the Court continue the re-sentencing hearing in this case from April 25, 2012, to **May 9, 2012, at 9:00 a.m.** This request is to provide the parties with additional time to prepare. U.S. Probation Officer Lynda Moore has been informed and concurs with this request.

///

///

///

Respectfully submitted

Dated:  April 19, 2012
                                        /s/ John Balazs
                                        JOHN BALAZS

                                        Attorney for Defendant
                                        Kelly J. Michael


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 19, 2012

                                By:     /s/ JUSTIN L. LEE
                                        JUSTIN L. LEE
                                        Special Assistant U.S. Attorney



## **ORDER**

IT IS SO ORDERED.

Dated:  April 19, 2012




                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE