```
 1  JOHN BALAZS, Bar #157287
    Attorney At Law
 2  916 2nd Street, 2nd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-9299
    John@Balazslaw.com
 4
    Attorney for Defendant
 5  KELLY MICHAEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-0283-KJN |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER RE:** |
| v. ) | **SENTENCING DATE** |
| ) | |
| KELLY MICHAEL, ) | |
| ) | Date: May 30, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Hon. Kendall J. Newman |

Defendant Kelly Michael, through counsel, and the United States, through counsel, hereby stipulate and request that the Court continue the re-sentencing hearing in this case from May 9, 2012, to **May 30, 2012, at 9:00 a.m.** This request is to provide the parties with additional time to prepare. U.S. Probation Officer Lynda Moore has been informed and concurs with this request.

///

///

///

Respectfully submitted

Dated: May 8, 2012

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
Kelly J. Michael

BENJAMIN B. WAGNER
United States Attorney

Dated: May 8, 2012

By: /s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: May 8, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE