JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
KELLY MICHAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-0283-KJM |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| KELLY MICHAEL, ) | |
| Defendant. ) | |
| _____ ) | |

    For the reasons set forth on the record at defendant Kelly Michael's re-sentencing hearing on May 30, 2012, the Court sentenced Mr. Michael to one-year prejudgment probation under 18 U.S.C. § 3607(a) with credit for his successful completion of one-year supervised probation. Therefore, the action is dismissed and the Clerk's Office is directed to refund to Mr. Michael any fine and/or special assessment he has paid in this case.

    IT IS SO ORDERED.

Dated: June 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE